DISTRICT OF COLUMBIA SUPERIOR COURT
CIVIL BRANCH

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP.<br>c/o<br>MORRIS/HARDWICK/SCHNEIDER, LLC<br>Alleged "Plaintiff"/Counter Defendant<br><br>v.<br><br>Lori Saxon, et al<br>    Alleged Defendant./Counter Plaintiff | Case No.: 2013 CA 006610 R(RP)<br><br>Calendar 16<br>Judge Judith Bartnoff |

NOTICE TO DISTRICT OF COLUMBIA SUPERIOR COURT OF REMOVAL TO UNITED STATES DISTRICT COURT and FEDERAL STAY PURSUANT TO 28 USCA 1446

To:
Dr. Cheryl Bailey
Clerk of Superior Court
District of Columbia Superior Court
500 Indiana Ave., NW
Washington, DC  20001

Lori Saxon ("Saxon") hereby gives notice that the civil action entitled *AMERITAS LIFE INSURANCE CORP v. Lori Saxon, et al.*, has been removed to the United States District Court.

Pursuant to the provisions of section 28 USCA 1446 (d) the District of Columbia Superior Court shall not proceed with any further action on this case until it is remanded or so ordered from the United States District Court.

A copy of said Notice of Removal to be filed in United States District Court is enclosed herewith along with service to all parties:

Submitted this 14 day of January , 2015.

*/s/ Lori Saxon*

Lori Saxon Pro Se Alleged Defendant/ Counter Plaintiff

937 N St, NW
Washington, DC  20001

## CERTIFICATE OF SERVICE

I, Lori Saxon, hereby certify that on this 14 day of January 2015, a copy of the foregoing document filed in the Superior Court of District of Columbia was mailed via first class mail, postage pre-paid to the following recipients.

*Attorney for Plaintiff:*
Patrick Jules, Esq. 1011142
Mark Wittstadt, Esq. 497735
Gerard Wm. Wittstadt, Jr., Esq. 497127
David Chen, Esq. 1000517
Catherine J. Malycke
c/o Morris, Hardwick, Schneider, LLC
9409 Philadelphia Rd.
Baltimore, MD  21237

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __14_ day of __January__2015, at District of Columbia.

_____
Lori Saxon